PEOPLE V BRADFORD, No. 151638; Court of Appeals No. 325048.

PEOPLE V AKRAM, No. 151817; Court of Appeals No. 315402.

AUTO-OWNERS INSURANCE COMPANY V NYHOF, No. 151954; Court of Appeals No. 320256.

PEOPLE V HAROLD JOHNSON, No. 151991; Court of Appeals No. 320412.

PEOPLE V TODD ROBINSON, No. 152048; Court of Appeals No. 317282.

PEOPLE V AL-SHARA, No. 152439; reported below: 311 Mich App 560.

PEOPLE V AL-SHARA, No. 152540; Court of Appeals No. 320628.

*Orders Granting Oral Argument in Cases Pending on Application for Leave to Appeal Entered February 5, 2016:*

McLAIN V LANSING FIRE DEPARTMENT, No. 151421; reported below: 309 Mich App 335. The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the hospital intern's medical progress notes indicating that the plaintiff's decedent had been observed with the breathing tube lodged in her esophagus were admissible evidence; and (2) if so, whether the Court of Appeals correctly ruled that even if they were admissible, the notes were insufficient to create a question of fact as to whether the defendants were grossly negligent. The parties should not submit mere restatements of their application papers.

KEMP V FARM BUREAU GENERAL INSURANCE COMPANY OF MICHIGAN, No. 151719; Court of Appeals No. 319796. The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the plaintiff's injury is closely related to the transportational function of

his motor vehicle, and thus whether the plaintiff's injury arose out of the ownership, operation, maintenance, or use of his motor vehicle as a motor vehicle; and (2) whether the plaintiff's injury had a causal relationship to his parked motor vehicle that is more than incidental, fortuitous, or but for. *McKenzie v Auto Club Ins Ass'n*, 458 Mich 214, 217 n 3, 225-226 (1998). The parties should not submit mere restatements of their application papers.